U.S. DISTRICT COURT JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| GARRY WAYNE RUCKER II,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>*Defendant*. | Case No.  3:18-CV-05747- RSM<br><br>ORDER FOR ATTORNEY FEES UNDER 42 U.S.C 406 (B) |

Pursuant to U.S.C. § 406(b), the Court determines and orders as part of it's Judgment $15,560.00 as a reasonable fee for attorney Nancy J. Meserow's representation of Plaintiff in this proceeding.  The Commissioner shall certify $15,560.00, less EAJA fees previously paid in the amount of $10,654.56, for a net amount of $4,905.44, for payment to Plaintiff's attorney Nancy J. Meserow out of, and not in addition to, the amount of past-due benefits to which the claimant is entitled by reason of the Court's  Judgment.

When issuing the 406(b) fee check to Ms. Meserow, the Agency is therefore directed to subtract the amount actually paid as EAJA fees, which totals $10,654.56, and send to Ms. Meserow the balance remaining of the $15,560.00  attorney fees hereby ordered, by check payable to Ms. Meserow in the amount of $4,905.44, and said check shall be mailed to:

ORDER FOR 406(b) fees, Rucker v Com. Soc. Sec.
3:18-CV – 05747-RSM

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788

Nancy J. Meserow
Law Office of Nancy J. Meserow
7540 SW 51st Avenue
Portland, OR
97219

    Any withheld amount then remaining should be released to Plaintiff by Defendant as soon as practicable.

    IT IS SO ORDERED this 3rd day of August, 2020.

                                              RICARDO S. MARTINEZ
                                              CHIEF UNITED STATES DISTRICT JUDGE

ORDER FOR 406(b) fees, Rucker v Com. Soc. Sec.
3:18-CV – 05747-RSM

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788